IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JON ANDRESEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF NORTHAMPTON, | : | NO. 11-7582 |
| ROBERT MEYERS, TODD BUSKIRK, | : | |
| MICHAEL BATEMAN, ROBIN | : | |
| STANLEY, ROBERT SAMBERG and | : | |
| JOHN DOE(S) 1 through 10 | : | |

## ORDER

**AND NOW**, this 31st day of October, 2012, upon consideration of the Defendants Northampton County, Director Robert Meyers, Warden Todd Buskirk, Deputy Warden Michael Bateman, Robin Stanley and Robert Samberg's Motion for Summary Judgment (Document No. 13), the plaintiff's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendants Northampton County, Director Robert Meyers, Warden Todd Buskirk, Deputy Warden Michael Bateman, Robin Stanley and Robert Samberg, and against the plaintiff Jon Andresen.

          /s/ Timothy J. Savage       
          TIMOTHY J. SAVAGE, J.